

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ronald Gaylon Hargrove,                          * From the 50th District Court
                                                   of Baylor County,
                                                   Trial Court No. 5757.

Vs. No. 11-22-00200-CR                           * March 14, 2024

The State of Texas,                              * Memorandum Opinion by Williams, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that the fine imposed was $10,000. As modified, we affirm the judgment of the trial court.